**Michael O. DeVAUGHN, Petitioner–
Appellant,**

v.

**U.S. MARSHALS SERVICE, Sheriff of Jefferson County Jail, Respondents–
Appellees.**

No. 15–10157
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 14, 2016.

Michael O. Devaughn, Blythe, CA, pro se.

Michael B. Billingsley, Don Boyden Long, III, Jenny Lynn Smith, Carolyn Williams Steverson, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Luther J. Strange, III, Alabama Attorney General's Office, Montgomery, AL, for Respondent–Appellee.

Before TJOFLAT, HULL and JILL PRYOR, Circuit Judges.

PER CURIAM:

Michael DeVaughn, a *pro se* California state prisoner, filed this action pursuant to *Bivens v. Six Unknown Named Agents of*

*Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), alleging statutory violations in connection with his arrest by the United States Marshals Service and seeking injunctive relief to remove a federal detainer issued by the U.S. Parole Commission. The government moved to dismiss DeVaughn's *Bivens* complaint. The Magistrate Judge's Report and Recommendation recommended dismissing without prejudice DeVaughn's *Bivens* complaint, also construed as a 28 U.S.C. § 2241 habeas corpus petition, because, *inter alia,* DeVaughn was incarcerated in California and the federal detainer was issued in Virginia. The district court agreed and dismissed DeVaughn's complaint without prejudice.

DeVaughn appeals the district court's dismissal of his complaint. After review, we affirm the district court's dismissal without prejudice and find no reversible error in the Magistrate Judge's Report and Recommendation, which the district court adopted.

**AFFIRMED.**